AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Guillermo Medel** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: **1:10CR01738-001JB**<br>USM Number: **57567-051**<br>Defendant's Attorney: **Emily Carey, Appointed** |

**THE DEFENDANT:**

☒   admitted guilt to violations of condition(s) **Standard, Special, Special, Special, Mandatory, Mandatory, Mandatory** of the term of supervision.

☐   was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to report to the probation officer in a manner and frequency directed by the court or probation officer. | 01/22/2020 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .

☐   The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **5882**<br>Last Four Digits of Defendant's Soc. Sec. No. | **February 8, 2022**<br>Date of Imposition of Judgment |
| **1981**<br>Defendant's Year of Birth | **/s/ James O. Browning**<br>Signature of Judge |
| **Albuquerque, NM**<br>City and State of Defendant's Residence | **Honorable James O. Browning**<br>**United States District Judge**<br>Name and Title of Judge |
| | **May 27, 2022**<br>Date |

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment - Page 2 of 3

DEFENDANT: **Guillermo Medel**
CASE NUMBER: **1:10CR01738-001JB**

# ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special Condition | The defendant failed to participate in and successfully complete an outpatient substance abuse treatment program approved by the probation officer, which may include testing. | 01/16/2020 |
| Special Condition | The defendant failed to submit to substance abuse testing as directed by the probation officer. | 01/22/2020 |
| Special Condition | The defendant failed to participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. | 01/16/2020 |
| Mandatory Condition | The defendant failed to refrain from any unlawful use of a controlled substance. | 12/19/2019 |
| Mandatory Condition | The defendant committed another federal, state, or local crime. | 09/23/2020 |
| Mandatory Condition | The defendant failed to refrain from possessing a firearm, ammunition, destructive device, or any other dangerous weapons. | 09/23/2020 |

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **Guillermo Medel**
CASE NUMBER: **1:10CR01738-001JB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **12 months** .

**Said term shall run consecutively to the sentence imposed in Case No. 1:20-CR-01764-001JB.**

**For the reasons stated on the record at the sentencing hearing held February 8, 2022, the Court varies downward.**

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:


☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at  on .
    ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL